JS - 6

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 08-1513-VAP (AGRx)           Date:  March 13, 2008

Title:  AURORA LOAN SERVICES, LLC, its successors and/or assigns -v- YOLANDA COVARRUBIAS, MARIA COVARRUBIAS, and DOES 1 through X, inclusive

===============================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   ORDER REMANDING ACTION TO THE SUPERIOR COURT FOR THE COUNTY OF RIVERSIDE (IN CHAMBERS)

    This Court issued an Order to Show Cause regarding subject matter jurisdiction on December 15, 2008.  Defendant failed to timely respond.  The Court hereby REMANDS the action to the Superior Court for the County of Riverside.

**IT IS SO ORDERED.**